JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRIAN ALEXANDER,

                Plaintiff,

    v.

BIG TIME US, LLC, *et al.*,

                Defendants.

Case No:  2:24-cv-04429-CV (MARx)

**ORDER OF DISMISSAL OF ACTION WITH PREJUDICE**

On February 4, 2026, the Parties filed a Joint Stipulation for Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court, having considered the Stipulation and good cause having been found, hereby dismisses with prejudice the above-entitled action as to each party and each cause of action. Each party shall bear its own costs and attorneys' fees. The Court VACATES all dates and deadlines. The Clerk of the Court shall close the case.

    IT IS SO ORDERED.

Dated:    __2/24/26__

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

1
ORDER OF DISMISSAL OF ACTION WITH PREJUDICE